**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Cheryl Watson

                                                  Plaintiff,

v.                                                       Case No.: 1:14–cv–04990
                                                      Honorable Sara L. Ellis

Reliance Standard Life Insurance Company

                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 28, 2015:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 1/28/2015. Defendant's motion to quash subpoena is GRANTED, for protective order is DENIED [15] for the reasons stated in open court. Status hearing set for 2/11/2015 at 9:30 AM to report on whether parties wish to move for trial on the papers or a live trial. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.