# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHERYL WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 14CV4990 |
| v. ) | Judge Ellis |
| ) | Magistrate Judge Mason |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

### INTRODUCTION

Plaintiff, Cheryl Watson ("Plaintiff" or "Watson"), hereby moves for the entry of judgment in her favor and against the Defendant, Reliance Standard Life Insurance Company ("Reliance Standard") on her Complaint seeking relief pursuant to 29 U.S.C. § 1132(a)(1)(B) for benefits due, interest, costs, and attorneys' fees.

Plaintiff files this motion in accordance with the parties' stipulation on the record to submit this matter for the entry of judgment pursuant to Fed.R.Civ.P. 52. (Doc. 26). Contemporaneous with the filing of this motion, Plaintiff submits a separate state of facts along with a memorandum of law.

WHEREFORE, Plaintiff prays that the court enter judgment in her favor and against the Defendant and award her all past-due long-term disability benefits, pre-judgment interest, attorneys' fees pursuant to 29 U.S.C. § 1132(g), and her costs.

Dated: April 10, 2015                                      Respectfully Submitted,

                                                           /s/ *Mark D. DeBofsky*_____
                                                           Attorney for Plaintiff

Mark D. DeBofsky
William T. Reynolds
DeBofsky & Associates, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
Voice (312) 561-4040
Fax (312) 929-0309
mdebofsky@debofsky.com
wreynolds@debofsky.com

# CERTIFICATE OF SERVICE

Mark D. DeBofsky, the undersigned attorney, certifies that he served a copy of the foregoing upon the Clerk of Court and all counsel of record by CM/ECF, on April 10, 2015.

/s/ *Mark D. DeBofsky*

Mark D. DeBofsky
Attorney for Plaintiff